## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON HYCHE, | ) |
| Petitioner, | ) ) ) |
| v. | ) CAUSE NO. 07-CV-380-WDS ) |
| NEDRA CHANDLER, Warden, | ) ) |
| Respondent. | ) |

## O R D E R

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Philip M. Frazier that respondent's motion to dismiss be granted. To date, no objections have been filed by the parties.

Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge. Respondent's motion to dismiss is **GRANTED** and petitioner's cause of action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**DATED:** March 20, 2008.

            **s/ WILLIAM D. STIEHL**
              **DISTRICT JUDGE**